UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KAROL MCKEAN**                                        **CIVIL ACTION**

**VERSUS**                                              **NO. 05-5495**

**GENERAL MOTORS CORPORATION**                          **SECTION "B"(3)**

ORDER

    Before the Court is Defendant General Motors Corporation's Motion For Summary Judgment (Rec. Doc. No. 7).

    Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the motion, set for hearing on **March 14, 2007** has been submitted.  Further, no one has filed a motion to continue the hearing or filed a motion for extension of time within which to oppose the motion.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

    **IT IS ORDERED** that the motion is **GRANTED**.

    A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition

memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, will be assessed against the party moving for reconsideration.  *See* Fed. R. Civ. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana this 20th day of March, 2007.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE